**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1978
_____

DHANY DINAR RINASTUTI,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                        Respondent
_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A088-649-516)
Immigration Judge:  Honorable Rosalind K. Malloy
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 17, 2012
Before:  SLOVITER, CHAGARES and GREENBERG, Circuit Judges

(Opinion filed: October 18, 2012)
_____

OPINION
_____

PER CURIAM

        Dhany Rinastuti, a native and citizen of Indonesia, petitions for review of the

agency's denial of relief.  This is the companion case to C.A. No. 12-1977; Rinastuti is

the partner of Ufuq Abror, the petitioner in that matter, and the relevant facts and issues

in both matters are identical. Rinastuti fears potential persecution in Indonesia on account of a possible familial veto of her desired marriage to Abror, and also worries about societal disapproval of her children being born out of wedlock. For substantially the same reasons that we recited in 12-1977, however, Rinastuti has failed to show any basis to disturb the agency's final order of removal. We must therefore deny this petition for review.[1]

---

[1] We exercise jurisdiction under 8 U.S.C. § 1252, as limited by 8 U.S.C. §§ 1158(a)(3) and 1252(d)(1).